# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

PATRICIA EDGE, in her own right and
as representative of a class of persons
similarly situated

    Plaintiff,

    v.        Civil Action No. 21-C-0122

ROUNDPOINT MORTGAGE SERVICING CORPORATION

    Defendant.

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, RoundPoint Mortgage Servicing Corporation ("RoundPoint"), by its undersigned counsel, makes the following disclosure:

RoundPoint is a wholly owned subsidiary of Freedom Mortgage Corporation ("Freedom"). No publicly-held entity owns more than 5% of Freedom's stock.

DATED: September 3, 2021        Respectfully submitted,

        /s/ Carrie Goodwin Fenwick

        Carrie Goodwin Fenwick (WVSB 7164)
        Lucas R. White (WVSB 12501)
        Goodwin & Goodwin, LLP
        300 Summers Street, Suite 1500
        Charleston, WV    25314

        *Counsel for RoundPoint Mortgage Servicing Corporation*

141581.00711/126715977v.1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

PATRICIA EDGE, in her own right and
as representative of a class of persons
similarly situated

      Plaintiff,

      v.                                  Civil Action No. 21-C-0122

ROUNDPOINT MORTGAGE SERVICING CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all subscribed users and by U.S. Mail to the following:

                Jason E. Causey
                Bordas & Bordas, PLLC
                1358 National Road
                Wheeling, WV 26003
                304-242-8410

                *Counsel for Plaintiff*

                                                /s/ Carrie Goodwin Fenwick