UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Patricia Edge

*Plaintiff(s)*

v.                                    Civil Action No. 1:21-cv-122

Roundpoint Mortgage Servicing Corporation, et al

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: Defendant's Motion for Summary Judgment [ECF No. 105] is GRANTED and Plaintiff's Motion for Partial Summary Judgment [ECF No. 103] is DENIED.. Plaintiff's Amended Complaint [ECF No. 53] is DISMISSED WITH PREJUDICE.  This action is thus STRICKEN from the Court's active docket.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  Thomas S. Kleeh

Date: September 27, 2024

*CLERK OF COURT*
Cheryl Dean Riley

/s/ D. Kinsey

*Signature of Clerk or Deputy Clerk*